IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHY MOREE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:11-CV-011 |
| | § | |
| CITY OF SHERMAN, TEXAS, | § | |
| | § | |
| *Defendant.* | § | |

## VERDICT OF THE JURY

### Question No. 1

Did Defendant discharge Plaintiff because of her gender?

Answer "Yes" or "No."

Answer: __Yes__

**Proceed to Question No. 2.**

## Question No. 2

Did Defendant discharge Plaintiff because of her age?

Answer "Yes" or "No."

Answer: __No__

**If you answered "Yes" to either Question No. 1 or Question No. 2, then proceed to Question No. 3. If you answered "No" to both Question No. 1 and Question No. 2, proceed no further.**

## Question No. 3

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

a. Back pay and benefits:

Answer: 64,166

**Proceed to Question No. 4 if and only if you answered "Yes" to Question No. 2. Otherwise, proceed to Question No. 5.**

## Question No. 4

Do you find that Defendant's engagement in the discriminatory practice that you have found to Question No. 2 was willful? (i.e. that Defendant either (a) knew that its conduct was unlawful age discrimination, or (b) acted with reckless disregard for compliance with the relevant age discrimination laws?)

Answer "Yes" or "No."

Answer: _____

**Proceed to Question No. 5 only if you have answered "Yes" to Question No. 1. Otherwise, proceed no further.**

## Question No. 5

Do you find by clear and convincing evidence that Defendant discharged Plaintiff because of her gender with specific intent to discriminate or with specific disregard of federal law as to the right of Plaintiff to be free from gender discrimination?

Answer "Yes" or "No."

Answer: __No__

**If you have answered "Yes" to Question No. 5, then and only then answer Question No. 6.**

## Question No. 6

What sum of money, if any, should be assessed against Defendant as punitive damages?

Answer in dollars and cents:

Answer: _____

DATE: 4/12/12         _____
                      Foreperson