# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHY MOREE | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:11-CV-00011 |
| | § | Judge Mazzant |
| | § | |
| CITY OF SHERMAN, TEXAS | § | |

## FINAL JUDGMENT

Jury trial in this action commenced on April 9, 2012. The jury returned a verdict on April 12, 2012. The Court received, filed, and entered the verdict of record.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff, Kathy Moree, recover the sum of $64,166.00 and her costs of court from Defendant, City of Sherman, Texas. Plaintiff should also be awarded fair and reasonable attorney's fees to be determined at a later date. Defendant reserves the right to seek remittitur and application of legally required offsets, and to file appropriate postjudgment motions.

Postjudgment interest is payable on all of the above amounts allowable by law at the rate of 0.19 percent, from the date this judgment is entered until the date this judgment is paid.

**It is SO ORDERED.**
**SIGNED this 27th day of April, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE