UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHY MOREE | § | |
| | § | |
| Plaintiff, | § | CAUSE NO. 4:11-cv-00011 |
| | § | |
| VS. | § | |
| | § | |
| CITY OF SHERMAN, TEXAS | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT AGREED RULE 60(b)**
**MOTION FOR VACATUR**

CAME ON to be considered before this Court the Joint Agreed Rule 60(b) Motion for Vacatur (Dkt. #135) with respect to the Final Judgment (Dkt. #100), Memorandum Opinion and Order (Dkt. #126), and Memorandum Opinion and Order on Attorney's Fees (Dkt. #127). After considering the arguments and authorities therein and after otherwise being fully advised in the premises, this Court now finds that the parties' Joint Motion is in all things meritorious and should be, and hereby is, GRANTED as follows:

IT IS THEREFORE NOW HEREBY ORDERED, ADJUDGED AND DECREED, that the Final Judgment (Dkt. #100), Memorandum Opinion and Order (Dkt. #126), and Memorandum Opinion and Order on Attorney's Fees (Dkt. #127) be hereby vacated and held for naught.

SIGNED this 23rd day of January, 2013.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE